**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| Park Transportation, Inc., | : | Case No. 20bk12058 |
| Debtor. | : | Honorable LaShonda A. Hunt |
| Ocean Network Express (North America) Inc., | : | Adv. Pro. No. 20ap00255 |
| Plaintiff, | : | |
| v. | : | |
| Park Transportation, Inc., et al., | : | |
| Defendants. | : | |

**ORDER TO DISBURSE FUNDS FROM THE COURT'S REGISTRY**

This matter coming before the court by way of a Complaint for Interpleader (the "Complaint") by Plaintiff, Ocean Network Express (North America) Inc. ("Plaintiff"), on behalf of Ocean Network Express Pte. LTD. ("ONE Line"), as its general agent, and by way of Plaintiff's motion to deposit funds into the Bankruptcy Court's registry (the "Motion"), filed on July 21, 2020 as docket entry 6, pursuant to Federal Rule of Bankruptcy Procedure 7022; and

the Court having entered an Order Granting Motion to Deposit Funds into the Court's Registry filed on August 20, 2020 as docket entry 19, and ONE Line having deposited the sum of $58,577.27 (the "Disputed ownership funds") into the Bankruptcy Court's registry; and

the Complaint and the Motion having been served on the Defendants (the "Defendants") and proof of service of the Complaint and the Motion on the Defendants having been filed by Plaintiff; and

the Chapter 11 debtor in possession, Park Transportation, Inc. (the "Debtor") and Defendant, Royal Savings Bank ("Royal Savings Bank"), having responded to the Complaint, and the time for all Defendants to answer or otherwise plead to the Complaint having expired; and

the Debtor's bankruptcy case having been converted from Chapter 11 to Chapter 7 on August 13, 2020 and Thomas E. Springer having been appointed Chapter 7 Trustee (the "Trustee"); and

Plaintiff, the Trustee and Royal Savings Bank having resolved the issues in the Complaint and the Motion;

it is **ORDERED** as follows:

A. The Clerk is directed to disburse $58,577.27, plus accrued interest, if any, as follows, conditioned on the following persons presenting a W-9 form or other form of taxpayer identification acceptable to the Clerk for tax reporting purposes:

To: Royal Savings Bank

at the following address:

James Morgan, Esq.
Howard & Howard Attorneys, PLLC
200 South Michigan Avenue, Suite 1100
Chicago, IL 60604

B. The Clerk of the Bankruptcy Court is relieved from liability for loss of interest, if any, for early withdrawal of the above-referenced funds.

C. Plaintiff and ONE Line are hereby released from any liability to the Debtor, the Defendants, the Trustee, or Royal Savings Bank for the Disputed ownership funds or any other payment, claim or cause of action related to the Disputed ownership funds.

D. Plaintiff and ONE Line reserve their rights to seek reimbursement for their attorney's fees and costs expended in prosecution of the Complaint and the Motion by way of a request for payment of an administrative expense in the Debtor's bankruptcy case, and the Debtor, Royal Savings Bank, and the Trustee reserve their rights to oppose any such request.

Dated: January 11, 2021

LaShonda A. Hunt
Honorable LaShonda A. Hunt
United States Bankruptcy Judge

**Prepared By:**

Rick A. Steinberg, Esq.
Price Meese Shulman & D'Arminio, P.C.
50 Tice Boulevard, Suite 380
Woodcliff Lake, New Jersey 07677